AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**
FEB 2 0 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:15 MJ 5314 NAB |
| OLUFUNSHO ADESHINA | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _1/1/2015 through 2/20/2015_ in the county of _SAINT LOUIS_ in the _Eastern_ District of _Missouri_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:641 | THEFT/EMBEZZLEMENT OF PUBLIC FUNDS |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_Complainant's signature_
Peter Dyer - CI - IRS
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __02/20/2015__

_Judge's signature_

City and state: __St. Louis, Missouri__   Honorable Nannette A. Baker, U.S. Magistrate Judge
_Printed name and title_